**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
STEPHANIE HEATON, *on behalf of*
*herself and all others similarly situated*,

                Plaintiff,

                                          **JUDGMENT**
   - against -                                 CV 18-5664 (JS) (GRB)

FINANCIAL RECOVERY SERVICES,
INC., CACH, LLC, SHERMAN
FINANCIAL GROUP LLC, and
RESURGENT CAPITAL SERVICES L.P.,

                Defendants.
----------------------------------------------------------X

      A Minute Order of Honorable Joanna Seybert, United States District Judge, having been filed on May 23, 2019, denying defendants' motion for sanctions, and dismissing this case with prejudice pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted, it is

      **ORDERED AND ADJUDGED** that plaintiff Stephanie Heaton take nothing of defendants Financial Recovery Services, Inc., Cach LLC, Sherman Financial Group, LLC, and Resurgent Capital Services L.P.; that this case is dismissed with prejudice for failure to state a claim upon which relief can be granted; that defendants' motion for sanctions is denied; and that this case is closed.

Dated: Central Islip, New York
          May 29, 2019

                                                                    DOUGLAS C. PALMER
                                                                     CLERK OF THE COURT
                                                        By:   /s/ James J. Toritto
                                                                Deputy Clerk